FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 07 2005

JAMES W. McCORMACK, CLERK
By: R. Cavan
         DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  NO. 4:05CR00307 |
| | ) |
| AMOS COLEMAN | )  18 U.S.C. § 922(g)(1) |
| | )  18 U.S.C. § 3013 |
| | )  18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

A.   That prior to May 27, 2005, the defendant,

AMOS COLEMAN

had previously been convicted as follows:

   1.   On October 10, 1990, in Pulaski County Circuit Court, of Possession of Drug Paraphernalia, in criminal case 1990-1940;

   2.   On November 25, 1996, in Pulaski County Circuit Court, of Battery in the First Degree, in criminal case 1996-1337;

   3.   On November 25, 1996, in Pulaski County Circuit Court, of Possession of a Firearm by a Convicted Person, in criminal case 1996-1596; and,

   4.   On November 25, 1996, in Pulaski County Circuit Court, of Possession of a Controlled Substance, in criminal case 1996-2646.

   B.   That each of the crimes set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C. That on or about May 27, 2005, in the Eastern District of Arkansas,

**AMOS COLEMAN**

did knowingly possess a firearm that had been transported in interstate commerce, including, to wit, a Beretta model 950 BS .22 caliber pistol, serial number 86830T, thereby violating Title 18, United States Code, Sections 922(g)(1).

End of Text. Signature Page Attached.