IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Date: Friday, May 26, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Represented by John Ray White | Judge James M. Moody<br>Court Reporter: Elaine Hinson<br>Clerk:  Donna Jackson |
| vs.　　Case 4:05cr307 | USPO:   Cherie Grimes |
| AMOS COLEMAN<br>　　Represented by Sara Merritt | |

## CLERK'S MINUTES - CHANGE OF PLEA

Time begin: 2:16 p.m.

　　The defendant appeared with retained counsel for a plea change.

　　Defendant sworn.

　　Defendant advised of rights and use of guidelines in determining sentence to be imposed.

　　Statement statutory penalties and facts of case by AUSA.

<u>Guilty Plea</u>  to Count 1  of the  Indictment entered by the defendant and accepted by the Court.

PSR ordered.

Sentence date to be scheduled when report has been completed.

Deft. remanded to custody of U. S. Marshal pending sentence

Time end: 2:30 p.m.