

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA            PLAINTIFF

VS.        NO.: 4:05CR00307-01 JMM

AMOS COLEMAN            DEFENDANT

## MOTION TO DECLARE INDIGENT AND APPOINTING COUNSEL

COMES NOW, the Defendant, Amos Coleman, though his attorney, Sara F. Merritt of SHERWOOD & MERRITT, PLLC and for his Motion to Declare Indigent and Appointing Counsel states:

1. Sara F. Merritt was retained by Amos Coleman.
2. Defendant is in jail with no further ability to pay.
3. Seeking to be appointed in order to obtain payment for expenses of experts and consultants.
4. Seeking appointment to be nunc pro tunc to the date of Michelle French's report to get her paid for services.
5. Affidavit is Exhibit #1.

WHEREFORE, the Defendant, Amos Coleman, prays this motion be granted.

Respectfully Submitted,

By _____
Sara F. Merritt, #89057
Attorney at Law
406 W. Pershing Blvd.
North Little Rock, AR 72114
501/812-5430
501/812-5435

## CERTIFICATE OF SERVICE

I, Sara F. Merritt, certify that a true and correct copy of the foregoing was sent to the Asst. United States Attorney listed below:

John Ray White
P.O. Box 1229
Little Rock, AR 72203
501/340-2600

*Sara F. Merritt*
Sara F. Merritt

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS

**STATE OF ARKANSAS** **PLAINTIFF**

VS     CR: 4:05-CR00307-01 JMM

Amos Coleman     **DEFENDANT**

### AFFIDAVIT OF INDIGENCY AND ORDER APPOINTING COUNSEL

The above named Defendant being first duly sworn states on oath that his is without funds and unable to employ counsel and request the Court to appoint counsel to represent him on the charges set out above and in regard to his financial status, gives the following answers:

1. Are you presently employed? Yes _____ No ✓
   (a) If the answer is yes, state your salary of wages and give the name and address of your employer.

   (b) If the answer is no, state the date of last employment and the salary and wage which you received.

2. Have you received in the last 12 months any money from any of the following sources?
   (a) Business profession or any form of self-employment? Yes _____ No ✓
   (b) Rent payments, interest or dividends? Yes _____ No ✓
   (c) Pensions, annuities or life insurance payments? Yes _____ No ✓
   (d) Gifts or inheritances? Yes _____ No ✓
   (e) Any other sources? Yes _____ No ✓
   (f) If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past 12 months. _____

3. Do you own any cash or do you have money in a checking or savings account? Yes _____ No ✓
   If the answer is yes, state the total amount of each account. _____

4. Do you own any real estate, stocks, notes, automobiles or other valuable property, excluding ordinary household furnishings and clothing? Yes _____ No ✓
   If the answer is yes, describe the property and state its approximate value. _____

5. List all debts and expenses you have. Doctor Bill

6. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. Wife, 5 kids

A FALSE STATEMENT AS TO FINANCIAL STATUS SHALL BE PUNISHABLE BY A SENTENCE IN THE STATE PENITENTIARY OF NOT LESS THAN THREE OR NO MORE THAN TEN YEARS AND A FINE OF UP TO TEN THOUSAND DOLLARS ($10,000)

_____Armon Coleman III_____
Signature of Defendant

_____
Address                    Phone

STATE OF ARKANSAS }
COUNTY OF ~~PULASKI~~ }
         Garland

Subscribed and sworn to before me this ___1___ day of ___August___, 2006.

_____Stacie Lake_____
Notary Public

My Commission Expires:
5-25-10

[Notary Seal: STACIE LAKE, MY COMMISSION EXPIRES 05-25-2010, NOTARY PUBLIC, COUNTY OF GARLAND, STATE OF ARKANSAS]

**ORDER**

The Court now finds that the Defendant is unable to obtain effective representation of counsel without substantial hardship to himself or family. IT IS ORDERED that Sara F. Merritt, Attorney at Law be and is hereby appointed to represent said Defendant before the Court in all matters pertaining to the above referenced charges.

_____
Judge

_____
Date