IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | Case No. 4:05CR00307-01 JM |
| | ) | |
| | ) | |
| AMOS COLEMAN | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    The undersigned, Kim Driggers, hereby enters her appearance as counsel in this case for the Defendant, Amos Coleman.

                              JENNIFFER HORAN
                              FEDERAL DEFENDER

                By:   /s/Kim Driggers
                         Bar Number 2005249
                         Kim Driggers
                         Assistant Federal Defender
                         The Victory Building, Suite 490
                         1401 West Capitol Avenue
                         Little Rock, AR 72201
                         (501) 324-6113
                         E-mail: kim.driggers@fd.org

                For:   Amos Coleman, Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of April, 2016, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

John Ray White
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: John.White2@usdoj.gov

                                          /s/ Kim Driggers
                                          Kim Driggers