IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                              4:05CR00307-01-JM
                                 4:16CR00447-JM

AMOS COLEMAN                                                                DEFENDANT

## ORDER

Defendant's Motion to Vacate, Set Aside, or Correct Sentence based on *Johnson v. United States*[1] (Doc. No. 29) is DENIED.

Defendant's sentence was not based on the "residual clause" of Armed Career Criminal Act that was held unconstitutional in *Johnson*. Additionally, Defendant has three battery convictions, so he qualifies as an armed career criminal.

IT IS SO ORDERED this 29th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] 135 S. Ct. 2551 (2015).

1